No. 798. C. A. LEEPER COMPANY ET AL. v. LEMON G. NEELY COMPANY ET AL. March 3, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the

Sixth Circuit denied. *Mr. V. B. Archer* for petitioners. No appearance for respondents.